# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-50217-001-PHX-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| Charles Lee Anderson, | |
| Defendant. | |

On December 8, 2020, Magistrate Judge Morrissey issued Report and Recommendation re: Superseding Petition to Revoke Supervised Release (Doc. 20). Magistrate Judge Morrissey recommended that the District Court Judge find that the Defendant has violated terms of supervised release contained in Allegations A1 and C. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1),

**IT IS ORDERED** that the Court accepts the Recommendation of Magistrate Judge Morrissey.

Dated this 30th day of December, 2020.

Douglas L. Rayes
United States District Judge